1  James D. Curran, Esq. (SBN 126586)
   Wolkin · Curran, LLP
2  555 Montgomery Street, Suite 1100
   San Francisco, California 94111
3  Telephone:   (415) 982-9390
   Facsimile:   (415) 982-4328
4  E-mail: JCurran@WolkinCurran.com

5  Attorneys for Plaintiff
   The Ohio Casualty Insurance Company
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, a Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE CARONE GRADING & PAVING, INC., a California corporation; BRUCE CARONE, an individual; and DONNA CARONE, an individual,<br><br>Defendants. | Case No.: 14-cv-00615 JST<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**<br><br>FRCP 41(a)(1)(ii). |

Plaintiff THE OHIO CASUALTY INSURANCE COMPANY ("Ohio Casualty") on the one hand, and Defendants BRUCE CARONE GRADING & PAVING, INC., BRUCE CARONE, and DONNA CARONE (individual and collectively, "Defendants") on the other hand, by and through their respective attorneys in the above-captioned lawsuit, agree and stipulate as follows:

   1)   the entire lawsuit be dismissed <u>without prejudice</u> pursuant to Federal Rules of
        Civil Procedure 41(a)(1)(ii); and

1.

2) the dismissal without prejudice shall not affect, impair or bar Ohio Casualty's rights to bring any action against any of the Defendants at any later time.

**IT IS SO STIPULATED.**

Dated: ~~February~~ March 6, 2014     WOLKIN • CURRAN, LLP

By: _____
James D. Curran
Attorneys for Plaintiff
THE OHIO CASUALTY INSURANCE COMPANY

Dated: ~~February~~ March 5, 2014     MCINERNEY & DILLON

By: _____
William H. McInerney, Jr.
Attorneys for
Bruce Carone Grading & Paving, Inc.,
Bruce Carone, and Donna Carone

### ~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that:

1) the entire lawsuit be dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii); and

2) the dismissal without prejudice shall not affect, impair or bar Ohio Casualty's rights to bring any action against any of the Defendants at any later time.

**IT IS SO ORDERED.**

Dated: March 7, 2014

IT IS SO ORDERED
Judge Jon S. Tigar

2.

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ~~[PROPOSED]~~ ORDER     CASE NO. 14-cv-00615-JST